IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---:|
| FRED BECK, ET AL | PLAINTIFFS |
| V. | CIVIL NO. 3:03CV60-WAP-JAD |
| KOPPERS INDUSTRIES, ET AL | DEFENDANTS |

| | |
|---|---:|
| HOPE ADAMS ELLIS, ET AL | PLAINTIFFS |
| V. | CIVIL NO. 3:04CV160-WAP-JAD |
| KOPPERS INC., ET AL | DEFENDANTS |

| | |
|---|---:|
| WALTER BARNES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV152-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---:|
| DEREK BECK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV153-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---:|
| FRED BECK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV154-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---:|
| JIMMY LEE BECK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV155-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---:|
| LATISHA S. BLEDSOE | PLAINTIFF |
| V. | CIVIL NO. 3:05CV156-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---:|
| STACY MARIE CLARK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV157-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MICHAEL CONLEY | PLAINTIFF |
| V. | CIVIL NO. 3:05CV158-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DENISE DENTON | PLAINTIFF |
| V. | CIVIL NO. 3:05CV159-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| ELIZABETH BECK GRANDISON | PLAINTIFF |
| V. | CIVIL NO. 3:05CV160-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| BENNIE HARDWICK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV161-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| EARLENE HARDWICK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV162-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| SCOTTIE HARDWICK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV163-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| ALICE HILL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV164-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| NICHOLAS HILL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV165-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DORA BECK JAMES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV166-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| SANDRA MARIE JAMES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV167-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| SARAH LEE JAMES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV168-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| TERESA C. JAMES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV169-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| WAYNE N. JAMES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV170-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| WILLIE EARL JAMES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV171-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CARRIE JEAN JONES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV172-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| GEORGE CHRISTOPHER JONES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV173-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| THEO JONES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV174-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| PEARLENE LIDDELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV175-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CASSANDRA RENEE MCNEAL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV176-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| L. C. MCNEAL, JR. | PLAINTIFF |
| V. | CIVIL NO. 3:05CV177-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| TALICIA L. MCNEAL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV178-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| WILLIE C. MCNEAL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV179-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CARRIE JEAN JONES ON BEHALF OF CLEO JONES | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV180-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MICHAEL EARL MCNEAL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV181-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MARY ANN MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV182-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MARY HELEN MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV183-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CLYDE MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV184-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CLYTEE MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV185-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CYNTHIA D. MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV186-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| ANNIE PEARL TIDWELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV187-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| ROBERT PARKER, JR. | PLAINTIFF |
| V. | CIVIL NO. 3:05CV188-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| TERRANCE MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV189-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| NETTIE MITCHELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV190-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DEBBIE LOGGINS | PLAINTIFF |
| V. | CIVIL NO. 3:05CV191-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| STEPHANIE TIDWELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV192-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| NATHANIEL TIDWELL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV193-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DIANE TOPPS | PLAINTIFF |
| V. | CIVIL NO. 3:05CV194-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MICHELLE TOPPS | PLAINTIFF |
| V. | CIVIL NO. 3:05CV195-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| VERA WASHINGTON | PLAINTIFF |
| V. | CIVIL NO. 3:05CV196-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| ANGELA WILEY | PLAINTIFF |
| V. | CIVIL NO. 3:05CV197-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| EARL LEE WILLIAMS | PLAINTIFF |
| V. | CIVIL NO. 3:05CV198-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| JAMES HENRY TILLMAN | PLAINTIFF |
| V. | CIVIL NO. 3:05CV199-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| SAMMIE BECK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV200-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| SAMMIE BECK, ON BEHALF OF HIS MINOR CHILD, MONTEL BECK | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV201-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DEREK BECK, ON BEHALF OF HIS MINOR CHILD, ALEXIS BIBBS | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV202-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DEREK BECK, ON BEHALF OF HIS MINOR CHILD, SAMANTHA BIBBS | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV203-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| STACY MARIE CLARK, ON BEHALF OF HER CHILD, TAYLOR CLARK | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV204-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| MICHAEL CONLEY, ON BEHALF OF HIS MINOR CHILD, MIESHA WOODS | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV205-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| ALICE HILL, ON BEHALF OF HER MINOR CHILD, PATRICIA HILL | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV206-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| EUNICE HARDWICK, ON BEHALF OF HER MINOR CHILD, TREVAUGHN HARDWICK | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV207-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| SANDRA MARIE JAMES, ON BEHALF OF HER MINOR CHILD, MARQUITA LETTRICE | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV208-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| PAMELA DENISE LATHAM, ON BEHALF OF HER MINOR CHILD, KADIJAH LATHAM | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV209-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |
| | |
| PAMELA DENISE LATHAM, ON BEHALF OF HER MINOR CHILD, RAVEN LATHAM | **PLAINTIFFS** |
| V. | CIVIL NO. 3:05CV210-WAP-JAD |
| KOPPERS, INC., ET AL | **DEFENDANTS** |

DEBBIE LOGGINS, ON BEHALF OF HER MINOR
CHILD, BRIANNA PURNALL                                                  PLAINTIFFS
V.                                                              CIVIL NO. 3:05CV211-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


DEBBIE LOGGINS, ON BEHALF OF HER MINOR
CHILD, KAUNYTRA LOGGINS                                                 PLAINTIFFS
V.                                                              CIVIL NO. 3:05CV212-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


DEBBIE LOGGINS, ON BEHALF OF HER MINOR
CHILD, LENNELL LOGGINS                                                  PLAINTIFFS
V.                                                              CIVIL NO. 3:05CV213-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


JAMES BARNES                                                            PLAINTIFF
V.                                                              CIVIL NO. 3:05CV214-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


SAMMIE BECK                                                             PLAINTIFF
V.                                                              CIVIL NO. 3:05CV215-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


EUNICE HARDWICK                                                         PLAINTIFF
V.                                                              CIVIL NO. 3:05CV216-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


PAMELA DENISE LATHAM                                                    PLAINTIFF
V.                                                              CIVIL NO. 3:05CV217-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


LESLIE MCNEAL                                                           PLAINTIFF
V.                                                              CIVIL NO. 3:05CV218-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS


ALICE HARDWICK SHIELDS                                                  PLAINTIFF
V.                                                              CIVIL NO. 3:05CV219-WAP-JAD
KOPPERS, INC., ET AL                                                    DEFENDANTS

DEBBIE LOGGINS, ON BEHALF OF HER MINOR
CHILD, MARVIN LOGGINS   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV220-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**


DEBBIE LOGGINS, ON BEHALF OF HER MINOR
CHILD, ROBERT LOGGINS   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV221-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**


L. C. MCNEAL, JR., ON BEHALF OF HIS MINOR
CHILD, QUADARIUS MCNEAL   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV222-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**


TALICIA MCNEAL, ON BEHALF OF HER MINOR
CHILD, ASHANTI LATHAM   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV223-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**


CYNTHIA D. MITCHELL, ON BEHALF OF HER MINOR
CHILD, DEADRA LAKENDRA MITCHELL   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV224-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**


CYNTHIA  MITCHELL, ON BEHALF OF HER MINOR
CHILD, DEIDRA SIMONE MITCHELL   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV225-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**


ALICE HARDWICK SHIELDS, ON BEHALF OF HER MINOR
CHILD, RICKEIL KEHANA SHIELDS   **PLAINTIFFS**
V.   CIVIL NO. 3:05CV226-WAP-JAD
KOPPERS, INC., ET AL   **DEFENDANTS**

STEPHANIE TIDWELL ON BEHALF OF HER MINOR
CHILD, DAVID TIDWELL                                                               PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV227-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


STEPHANIE TIDWELL ON BEHALF OF HER MINOR
CHILD, MAR'KEITHIAN TIDWELL                                                        PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV228-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


STEPHANIE TIDWELL ON BEHALF OF HER MINOR
CHILD, RAUNASHA RICE                                                               PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV229-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


JAMES TILLMAN ON BEHALF OF HIS MINOR
CHILD, TIERRA TILLMAN                                                              PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV230-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


JAMES TILLMAN ON BEHALF OF HIS MINOR
CHILD, JAMES TILLMAN, JR.                                                          PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV231-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


PAMELA DENISE LATHAM, ON BEHALF OF HER MINOR
CHILD, LASHONDRA LASHAY MCNEAL                                                     PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV232-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


FRED BECK ON BEHALF OF THE ESTATE OF
EASTER BECK                                                                        PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV233-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS


MICHAEL CONLEY ON BEHALF OF THE ESTATE OF
JESSIE LEE CONLEY                                                                  PLAINTIFFS
V.                                                                    CIVIL NO. 3:05CV234-WAP-JAD
KOPPERS, INC., ET AL                                                              DEFENDANTS

| | |
|---|---|
| MICHAEL CONLEY ON BEHALF OF THE ESTATE OF | |
| LENDBYRD CONLEY | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV235-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| EARLENE HARDWICK | PLAINTIFF |
| V. | CIVIL NO. 3:05CV236-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CARRIE JEAN JONES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV237-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CARRIE JEAN JONES, ON BEHALF OF THE | |
| ESTATE OF GEORGE JONES, DECEASED | PLAINTIFF |
| V. | CIVIL NO. 3:05CV238-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| CARRIE JEAN JONES, ON BEHALF OF THE | |
| ESTATE OF WILLIAM LEE JONES | PLAINTIFF |
| V. | CIVIL NO. 3:05CV239-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| LESLIE MCNEAL, ON BEHALF OF THE | |
| ESTATE OF LATOYA MCNEAL | PLAINTIFF |
| V. | CIVIL NO. 3:05CV240-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| L. C. MCNEAL, JR. ON BEHALF OF THE | |
| ESTATE OF L. C. MCNEAL, SR. | PLAINTIFF |
| V. | CIVIL NO. 3:05CV241-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MARY ANN MITCHELL ON BEHALF OF THE ESTATE OF | |
| ANNIE LEE TIDWELL | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV242-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| MARY ANN MITCHELL ON BEHALF OF THE ESTATE OF | |
| FRANK LAWRENCE TIDWELL, SR. | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV243-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| ROBERT PARKER, JR. ON BEHALF OF THE ESTATE OF | |
| LUCILLE PARKER | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV244-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

| | |
|---|---|
| DIANNE TOPPS ON BEHALF OF THE ESTATE OF | |
| WILLIE P. BECK | PLAINTIFFS |
| V. | CIVIL NO. 3:05CV245-WAP-JAD |
| KOPPERS, INC., ET AL | DEFENDANTS |

## **ORDER STAYING CASES**

Having reviewed the docket in this case, the Court finds that this action in a series of mass tort filings should be stayed pending the availability of a trial date. Prior to the available trial date a scheduling order will be entered by the undersigned with consultation of the parties.

SO ORDERED this 7th day of January, 2009.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE